IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Criminal Action No: 4:18CR121
)
LAMONT LEACH, )
)
    Defendant. )

**O R D E R**

This matter is before the Court on the Motion for Leave of Absence by Joe Cronk, counsel for Defendant Lamont Leach, for the dates of November 15, 2019 through November 19, 2019. (Doc. 54.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 29th day of August, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA